UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEJANDRA SOTA MIRAFUENTES<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>FORBES MEDIA, LLC, FORBES.COM, LLC, NSGV, INC., and DOLIA ESTEVEZ,<br><br>　　　　　　　　Defendants. | 14 Civ. 9921 (JMF)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Beko Reblitz-Richardson, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for plaintiff Alejandra Sota Mirafuentes in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:   February 12, 2015

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Beko Reblitz-Richardson
　　　　　　　　　　　　　　　　　　　　BOIES, SCHILLER & FLEXNER LLP
　　　　　　　　　　　　　　　　　　　　1999 Harrison Street, Suite 900
　　　　　　　　　　　　　　　　　　　　Oakland, CA 94612
　　　　　　　　　　　　　　　　　　　　Telephone: (510) 874-1000
　　　　　　　　　　　　　　　　　　　　Facsimile: (510) 874-1460
　　　　　　　　　　　　　　　　　　　　Email: brichardson@bsfllp.com